# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JEFF SCHUSTER,<br><br>　　　　　　　Defendant. | Adv. Proc. No.: 19-50341 (JKS)<br><br>**Ref Docket No. 86** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On January 21, 2022, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding" dated January 21, 2022, [Docket No. 86], by causing a true and correct copy to be delivered via email to the following party: *curtishehn@comcast.net*.

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
24th day of January, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022